Case3:12-cv-03134-MEJ Document3 Filed07/20/12 Page1 of 3

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION                                                          MDL No. 2326

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –27)

On February 7, 2012, the Panel transferred 21 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 192 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 13, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON

JUL 1 8 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By_____ Deputy

IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION                                                                            MDL No. 2326

### SCHEDULE CTO-27 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 12-03134 | Hanson v. Boston Scientific Corporation | |
| CAN | 4 | 12-03135 | Ellis et al v. Boston Scientific Corporation et al | |
| **LOUISIANA EASTERN** | | | | |
| ~~LAE~~ | ~~2~~ | ~~12-01658~~ | ~~Johnson et al v. Boston Scientific Corporation~~ | Opposed 7/12/12 |
| LAE | 2 | 12-01659 | Kelly et al v. Boston Scientific Corporation | |
| LAE | 2 | 12-01660 | Nuzzo et al v. Boston Scientific Corporation | |
| LAE | 2 | 12-01661 | Stewart v. Boston Scientific Corporation | |
| LAE | 2 | 12-01663 | Acosta et al v. Boston Scientific Corporation | |
| LAE | 2 | 12-01664 | Veulman v. Boston Scientific Corporation | |
| LAE | 2 | 12-01665 | Beaudion v. Boston Scientific Corporation | |
| LAE | 2 | 12-01666 | Pitre v. Boston Scientific Corporation | |
| **LOUISIANA MIDDLE** | | | | |
| LAM | 3 | 12-00386 | Romero et al v. Boston Scientific Corporation d/b/a Mansfield Scientific, Inc. & Microvasive, Inc. | |
| **LOUISIANA WESTERN** | | | | |
| LAW | 6 | 12-01773 | Rome v. Boston Scientific Corp | |
| **MISSOURI WESTERN** | | | | |
| MOW | 4 | 12-00783 | Villarreal v. Boston Scientific Corporation et al | |
| MOW | 4 | 12-00787 | Barnett v. Boston Scientific Corporation et al | |
| MOW | 4 | 12-00788 | Renour et al v. Boston Scientific Corporation et al | |
| MOW | 4 | 12-00802 | Palmer v. Boston Scientific Corporation | |
| MOW | 4 | 12-00810 | Evans v. Boston Scientific Corporation et al | |
| MOW | 4 | 12-00813 | Hensley v. Boston Scientific Corporation et al | |
| MOW | 4 | 12-00819 | Ross v. Boston Scientific Corporation et al | |

TENNESSEE EASTERN

    TNE      2      12−00259     Schrodt v. Boston Scientific Corporation

WISCONSIN EASTERN

    WIE      1      12−00645     Johnson v. Boston Scientific Corporation